IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Stephanie E. Williams, Shawn R. Williams, and Vera C. Williams, </br></br>Plaintiffs, </br></br>v. </br></br>Junichi Mishida, and Toyota Boshoku America, Inc., </br></br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 17-CV-1253 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

NOW COMES the Defendants, Junichi Hishida (improperly named Junichi Mishida), and Toyota Boshoku America, Inc., by and through their attorneys, HeplerBroom, LLC, and Plaintiffs, Stephanie E. Williams, Shawn R. Williams, and Vera C. Williams, by and through their attorney, Stephen J. Hough, and agree and stipulate that this action should be dismissed with prejudice. The parties further agree and stipulate that all parties shall bear their own costs and attorney's fees.

Respectfully submitted,
**Junichi Hishida, and Toyota Boshoku America, Inc., Defendants**

By:   /s/ Stephen R. Kaufmann
Stephen R. Kaufmann
Julieta Koshiba
HeplerBroom, LLC
4340 Acer Grove Drive
Springfield, IL 62711

**Stephanie E. Williams, Shawn R. Williams, and Vera C. Williams, Plaintiffs**

By: <u>/s/ Stephen J. Hough (with consent)</u>
Stephen J. Hough
Attorney at Law
108 East Main Street
Olney, IL 62450