## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEPHANIE E. WILLIAMS,       )
SHAWN R. WILLIAMS, and     )
VERA C. WILLIAMS,          )
                                   )
         Plaintiffs,    )
                                   )
vs.                          )   Case No. 3:17-CV-1253-NJR-GCS
                                 )
JUNICHI HISHIDA and TOYOTA   )
BOSHOKU AMERICA, INC.,     )
                                 )
         Defendants.    )

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the joint Stipulation for Dismissal with Prejudice (Doc. 31), this action is **DISMISSED with prejudice** with each party to bear its own costs and fees.

DATED: January 10, 2019

MARGARET M. ROBERTIE,
Clerk of Court

By:  s/ *Deana Brinkley*
       **Deputy Clerk**

APPROVED:  _____
            **NANCY J. ROSENSTENGEL**
            **United States District Judge**